UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN ABRAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID NORRIS, et al.,<br><br>        Defendants. | Case No. 14-cv-03295-JST<br><br>**ORDER RE: STIPULATION FOR ENTRY OF ORDER OF DISMISSAL**<br><br>Re: ECF No. 28 |

    The Court has received the parties' Stipulation for Entry of Order of Dismissal, dated August 5, 2015. ECF No. 28. In their stipulation, the parties agree that "[t]he Court shall retain jurisdiction to enforce the terms of the Settling Parties' Settlement Agreement." Id. at 2. The request that the Court retain jurisdiction is denied without prejudice. The Court will entertain requests to retain jurisdiction over a settlement agreement only after the Court has had an opportunity to review the agreement. The parties are therefore invited to lodge a copy of their settlement agreement with the Court.

    IT IS SO ORDERED.

Dated: August 7, 2015

                                                          _____<br>
                                                               JON S. TIGAR<br>
                                                          United States District Judge