UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN ABRAMS,<br>        Plaintiff,<br>    v.<br>DAVID NORRIS, et al.,<br>        Defendants. | Case No. 14-cv-03295-JST<br><br>**ORDER RE STIPULATION FOR ENTRY OF ORDER OF DISMISSAL**<br>Re: ECF Nos. 28, 29 |

On August 5, 2015, the parties filed a Stipulation for Entry of Order of Dismissal. ECF No. 28. In their stipulation, the parties agreed that "[t]he Court shall retain jurisdiction to enforce the terms of the Settling Parties' Settlement Agreement." Id. at 2. On August 7, 2015, the Court denied the request that it retain jurisdiction without prejudice and invited the parties to lodge a copy of their settlement agreement with the Court for its review. ECF No. 29. No settlement agreement has been lodged with the Court. If the parties wish the Court to retain jurisdiction to enforce their agreement, they shall lodge a copy of the settlement agreement by September 18, 2015.

IT IS SO ORDERED.

Dated: September 2, 2015

_____
JON S. TIGAR
United States District Judge