UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN ABRAMS,<br><br>            Plaintiff,<br><br>     v.<br><br>DAVID NORRIS, et al.,<br><br>            Defendants. | Case No.  14-cv-03295-JST<br><br>**ORDER RE: STIPULATION FOR ENTRY OF ORDER OF DISMISSAL**<br><br>Re: ECF Nos. 28, 29 |

The Court has received a lodged copy of the parties' Settlement Agreement. In their Stipulation for Entry of Order of Dismissal, the parties agreed that "[t]he Court shall retain jurisdiction to enforce the terms of the Settling Parties' Settlement Agreement." ECF No. 28 at 2. The Court denied this request without prejudice until it had an opportunity to review the settlement agreement. ECF No. 29. Having reviewed the lodged agreement, the Court now grants the request to retain jurisdiction.

IT IS SO ORDERED.

Dated: September 9, 2015

_____
JON S. TIGAR
United States District Judge